UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FELIPE FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> AA BC BAKERY CAFÉ CORP., <br><br> Defendant. | 25-CV-9888 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

Plaintiff filed its Complaint on November 26, 2025. *See* Dkt. No. 1. On December 2, 2025, the Court ordered the parties to file a joint letter by January 23, 2026 requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate the preference between the two options), or (2) schedule an initial status conference in the matter. *See* Dkt. No. 5.

The parties shall submit their joint letter no later than April 17, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     April 6, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge